**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-2194

DORIS S. GRANT,

Plaintiff – Appellant,

v.

CITY OF NORTH CHARLESTON HOUSING AUTHORITY; BOARD OF
COMMISSIONERS OF THE HOUSING AUTHORITY OF THE CITY OF NORTH
CHARLESTON,

Defendants – Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  C. Weston Houck, Senior District
Judge.  (2:06-cv-03242-CWH)

Submitted:  February 3, 2010      Decided:  February 16, 2010

Before MICHAEL, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edward M. Brown, Charleston, South Carolina, for Appellant.
Caroline Wrenn Cleveland, CLEVELAND LAW, LLC, Charleston, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Doris S. Grant appeals the district court's order adopting the magistrate judge's recommendation and granting the Appellees' summary judgment motion in Grant's employment discrimination case brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Grant v. City of North Charleston Hous. Auth., No. 2:06-cv-03242-CWH (D.S.C. Sept. 22, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED